IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:25-CR-00068-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IMELDA LIZETH GARCIA ABONZA | ORDER |

This matter is before the Court on Defendant's Unopposed Motion to ALLOW expert witness Dr. Hans Stelmach to testify by Video Teleconferencing on September 22, 2026, at Ms. Garcia Abonza's currently scheduled competency hearing.

Upon good cause shown, it is ORDERED that Dr. Hans Stelmach is permitted to testify by video teleconferencing.

Dated: September 4, 2026

Robert T Numbers II

Robert T. Numbers, II
United States Magistrate Judge