IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-cr-068-FL-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| IMELDA LIZETH GARCIA ABONZA | ) | |
| | ) | |

This matter comes before the Court on the Government's motion to allow its witness, Dr. Samual Browning, Ph.D. to testify by video teleconferencing on October 5, 2026, in the above captioned case's competency hearing. For good cause shown, it is ordered that Dr. Samuel Browning may appear and testify by video teleconferencing.

Dated: October 2, 2026

Robert T Numbers II

Robert T. Numbers, II
United States Magistrate Judge